**CITY BANK FARMERS TRUST CO. et al.**
**v. UNITED STATES.**

No. 45471.

Court of Claims.

Oct. 5, 1942.

See, also, Ct.Cl., 47 F.Supp. 98.

108

Herbert Stern, of New York City (Aaron W. Berg, of New York City, on the brief), for plaintiffs.

Elizabeth B. Davis, of Washington, D. C., and Samuel O. Clark, Jr., Asst. Atty. Gen. (Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the brief), for defendant.

Before WHALEY, Chief Justice, and LITTLETON, WHITAKER, JONES, and MADDEN, Judges.

PER CURIAM.

The facts in this case and the question presented therein are identical with the facts and question presented in the case of these plaintiffs, as trustees, under the trust for Virginia H. Berg, City Bank Farmers Trust Co. v. United States, Ct.Cl., 47 F.Supp. 98.

Upon the authorities there cited and discussed, and for the reasons therein stated, the plaintiffs are not entitled to recover in this case. The petition is therefore dismissed. It is so ordered.